**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Julie Yost,<br><br>            Plaintiff,<br>vs.<br><br>Markus Zihlmann,<br><br>            Defendant. | No. CV-07-8159-PCT-PGR<br><br>SECOND AMENDED<br>SCHEDULING ORDER |

IT IS ORDERED that the parties' Joint Motion for Enlargement of Time for Disclosure and Discovery (doc. #20) is granted to the extent that the Amended Scheduling Order (doc. #16) is amended as follows:

(1)  The parties shall disclose their expert witnesses, if any, and their reports in compliance with Fed.R.Civ.P. 26(a)(2)(B) no later than **June 3, 2008**. Rebuttal experts and their reports, if any, shall be disclosed no later than **August 1, 2008**.

(3)  All fact and expert discovery, including answers to interrogatories and depositions, shall be completed by **September 2, 2008**, and supplemental disclosures and discovery responses shall thereafter be made as required by Fed.R.Civ.P. 26(e).  Discovery which cannot be timely responded to prior to the discovery deadline will be met with disfavor, and could result in denial of an

extension, exclusion of evidence, or the imposition of other sanctions.  Parties are directed to LRCiv 7.2(j), which prohibits filing discovery motions unless the parties have first met to resolve any discovery difficulties.  If parties cannot reach a resolution of discovery disputes arising during depositions, they are directed to arrange a conference call with the Court to resolve the disputes.

(4) All dispositive motions shall be filed by **October 1, 2008**.

(5) A Joint Pretrial Statement shall be filed by **October 31, 2008**.  If dispositive motions are filed, then this Joint Pretrial Statement shall be due either on the above date or 30 days following the resolution of the motions, whichever is later.  The content of the Joint Pretrial Statement shall include, but not be limited to, that prescribed in a standard form of Joint Pretrial Statement attached as an exhibit to this Order.  The parties shall augment the Joint Pretrial Statement as necessary so it contains all of the pretrial disclosures as defined and required by Fed.R.Civ.P. 26(a)(3).  It shall be the responsibility of the plaintiff to timely initiate the process of drafting the Joint Pretrial Statement and the plaintiff shall submit her draft of the Joint Pretrial Statement to the defendant no later than <u>ten business days</u> prior to the date for filing the Joint Pretrial Statement.

(6)  Motions in limine shall be filed no later than the date of filing of the Joint Pretrial Statement.  Responses to motions in limine are due ten business days after service.  No replies are permitted.  The hearing on the motions in limine, if one is permitted by the Court, will take place at the time of the Pretrial Conference.  <u>No motion in limine shall be filed unless a statement of moving counsel is attached thereto certifying that after personal consultation and sincere efforts to do so, counsel have been unable to satisfactorily resolve the matter</u>.

(7) The Pretrial Conference set for September 8, 2008 is vacated, and the

attorneys for each party who will be responsible for trial of the lawsuit, or the parties if pro per, shall appear and participate in a Pretrial Conference on **Monday, December 8, 2008, at 3:00 p.m. in Courtroom 601 of the Sandra Day O'Connor United States Courthouse in Phoenix, AZ**.  Because Pretrial Conferences are held for the parties' benefit, and further because the parties' presence will facilitate frank discussion of the pertinent issues in the lawsuit, each party or a representative with binding settlement authority shall attend the Pretrial Conference.  If dispositive motions are filed, the Court will continue the date of the Pretrial Conference, if one is still necessary, until after the resolution of such motions and the filing of a Joint Pretrial Statement.

(8) Unless otherwise subsequently ordered by the Court, the parties' trial briefs, proposed findings of fact and conclusions of law or proposed jury instructions and voir dire questions shall be filed no later than **December 19, 2008**.[1]

(9) The trial set for September 30, 2008 is vacated and is reset to **Tuesday, January 13, 2009, at 9:00 a.m. in the United States Post Office and Courthouse, 101 W. Goodwin, Prescott, AZ**.

(10) **The parties are cautioned that the deadlines set in this Scheduling Order shall be enforced, and that the Court will not entertain any stipulations to continue them - any request to extend any of the**

---

[1] The trial brief shall raise all significant disputed issues of law and fact, including foreseeable procedural and evidentiary issues, and shall set forth the party's positions thereon with supporting arguments and authorities.

A form with instructions regarding the marking, listing and custody of exhibits, and a form with instructions regarding the submission of jury instructions, shall be given to counsel at the Pretrial Conference.

**deadlines set herein must be made by means of a motion, joint or otherwise, and no such motion shall be granted unless very good cause is shown.**   The parties are advised that the Court does not contemplate granting any further extensions of the deadlines for disclosure of expert reports, completing discovery, or filing dispositive motions.

DATED this 22nd day of February, 2008.

Paul G. Rosenblatt
United States District Judge