**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Julie Yost, <br><br>　　　　Plaintiff, <br>　vs. <br>Marcus Zihlmann, <br>　　　　Defendant. | No. CV-07-8159-PCT-PGR <br><br>ORDER |

　　　　On November 30, 2007, the Honorable Cindy K. Jorgenson entered a Scheduling Order (doc. #9 in CV-07-229-TUC-CKJ). On January 28, 2008, subsequent to the transfer and reassignment of this action, the Court entered an Amended Scheduling Order (doc. #16). The Court informed the parties in that order that it was amending the original scheduling order because it used a standard scheduling order in a different format than Judge Jorgensen's, and the Court directed the parties to take notice of the changes made in the Amended Scheduling Order.

　　　　On February 28, 2008, the parties filed a Joint Settlement Status Report "[p]ursuant to the Court's Order dated November 30, 2007[.]" The deletion of the requirement for settlement status reports was one of the changes made in the Amended Scheduling Order, and that change was carried over to the Second

Amended Scheduling Order (doc. #23). To the extent that it was not clear before, the parties are directed to follow the requirements of the Second Amended Scheduling Order (doc. #23), not the requirements of the original Scheduling Order. Therefore,

IT IS ORDERED that the original Scheduling Order (doc. #9 in CV-07-229-TUC-CKJ) is vacated in its entirety, and the parties shall instead comply with the requirements of the Second Amended Scheduling Order (doc. #23).[1]

DATED this 29th day of February, 2008.

Paul G. Rosenblatt
United States District Judge

---

[1] The parties are advised that the complete capitalization of the parties' names in the caption of any document filed with the Court violates LRCiv 7.1(a)(3).